# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0494.  HENDERSON v. BANK OF AMERICA, N.A.**

This appeal was docketed November 10, 2015, such that pro se appellant Timothy Henderson's initial brief was due on November 30, 2015. Rule 23 (a) (an appellant's brief "shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). As of December 31, 2015, however, Henderson had neither filed an initial brief nor asked for an extension to time for doing so. We therefore DISMISS this appeal. Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/07/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*